| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Reeves, Danny C | 2. Court or Organization<br><br>U. S. Dist. Ct., ED of KY | 3. Date of Report<br><br>5/2/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>Nomination,     Date<br><br>Initial    ● Annual     Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse<br><br>Rm. 434, 310 S. Main Street<br><br>London, Kentucky 40741 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
MAY 9 10 33 AM '05
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C | 5/2/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2004 | Eastern Kentucky University/Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Danny C | 5/2/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   U.S. Treasury Bond (a) | B | Interest | K | T | | | | | |
| 2.   U.S. Treasury Bond (b) | B | Interest | K | T | | | | | |
| 3.   U. S. Treasury Bond ( c) | B | Interest | K | T | | | | | |
| 4.   Fed. Home Loan Mtg. Corp. | A | Interest | K | T | Buy | 11/23 | K | | |
| 5.   XY Providian NB CD | A | Interest | | | Redeemed | 2/17 | J | | |
| 6.   Applied Materials (Common Stock) | | None | J | T | | | | | |
| 7.   Time Warner (Common Stock) | | None | J | T | | | | | |
| 8.   AT&T Wireless Svs.(Common Stock) | | None | J | T | Sale | 8/19 | J | A | |
| 9.   Central Parking Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 10.   CISCO Systems Inc. (Common Stock) | | None | J | T | | | | | |
| 11.   Coca Cola Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 12.   Home Depot Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 13.   Intel Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 14.   Lucent Technologies (Common Stock) | | None | J | T | | | | | |
| 15.   Morgan Keegan Cash Account | B | Interest | M | T | | | | | |
| 16.   Microsoft Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 17.   Oracle Systems Corp. (Common Stock) | | None | J | T | | | | | |
| 18.   Palmone (formerly, Palm Corp.) (Stock) | | None | | | Sale | 12/13 | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Palmsource, Inc. (Stock) | | None | | | Sale | 3/11 | J | | |
| 20. Republic Bank Corp., Class A (Common Stock) | A | Dividend | J | T | | | | | |
| 21. SBC Communications (Common Stock) | A | Dividend | J | T | | | | | |
| 22. United Parcel Service (Common Stock) | A | Dividend | J | T | | | | | |
| 23. Vanguard Undex Trust 500 (Mutual Fund) | A | Dividend | | | Sale | 1/27 | L | D | |
| 24. Kentucky Teacher Retirement System | A | Interest | J | T | | | | | |
| 25. Kentucky Retirement System | A | Interest | J | T | | | | | |
| 26. RYDEX Series JUNO Fund | A | Dividend | L | T | | | | | |
| 27. Republic Bank (Accounts) | B | Interest | L | T | | | | | |
| 28. NASDAQ 100 (QQQ) | A | Dividend | K | T | | | | | |
| 29. Bank of the Bluegrass (CD) | | None | J | T | Buy | 7/15 | J | | |
| 30. Educational FDG South Inc. Tenn | A | Interest | | | Buy | 1/22 | L | | |
| 31. | | | | | Sale | 11/26 | L | A | |
| 32. IShares S&P 500/BARRA Growth Index Fund | A | Dividend | L | T | Buy | 1/27 | K | | |
| 33. | | | | | Buy | 3/18 | K | | |
| 34. | | | | | Buy | 5/3 | J | | |
| 35. IShares Tr S&P 500/BARRA Value Index Fund | A | Dividend | K | T | Buy | 1/27 | K | | |
| 36. | | | | | Buy | 3/18 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Danny C | 5/2/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | | | | Buy | 5/3 | J | | |
| 38. | | | | | Sale | 10/28 | K | A | |
| 39. Ishares S&P Midcap 400 Growth Index Fund | A | Dividend | J | T | Buy | 5/3 | J | | |
| 40. IShares Tr S&P Midcap 400 Value BARRA Index Fund | A | Dividend | J | T | Buy | 5/3 | J | | |
| 41. Ishares S&P Small Cap 600 Value BARRA Index Fund | A | Dividend | J | T | Buy | 5/3 | J | | |
| 42. Ishares S&P Small Cap 600 Growth BARRA Index Fund | A | Dividend | J | T | Buy | 5/3 | J | | |
| 43. Ishares MSCI | | None | | | Buy | 3/12 | J | | |
| 44. | | | | | Buy | 5/3 | J | | |
| 45. | | | | | Sale | 10/8 | K | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. (Investments and Trusts) Entry for 2003 for CISCO Systems (common stock) reflected sale. The entry should have indicated "partial sale" as not all stock was sold in 2003.

2. (Investments and Trusts) Entry for 2003 for FDIC Regions is now contained in Morgan Keegan Cash Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

Date May 2, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544